IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                                CIV 11-1135 LH/KBM
                                                CR   08-0683 LH

ERIC M. MADRID,

      Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS

      The Magistrate Judge filed her Proposed Findings and Recommended Disposition on April 25, 2012.  *See Doc. 20.*  Defendant filed objections to one aspect of the statute of limitations analysis that discusses an unsettled area of law, and which ultimately does not affect the substantive outcome.  *See Doc. 21.*  The United States filed objections to the equitable tolling portion of statute of limitations analysis.  *See Doc. 24.*   I have carefully reviewed the objections de novo, and overrule them.  *See Garcia v. City of Albuquerque,* 232 F.3d 760, 766-67 (10th Cir. 2000).

      Wherefore,

      **IT IS HEREBY ORDERED THAT:**

      1. Defendant's motion for judgment on the pleadings *(Doc. 15)* is granted in part and reserved in part;

      2.  The present record conclusively establishes a *Flores-Ortega* violation, and that Defendant is entitled to equitable tolling; and,

    3. The Court will vacate and reenter the judgment of conviction and sentence in the associated criminal action, so that Defendant may file a timely direct appeal; and

    4. Any remaining issues in this habeas action are held in abeyance pending the outcome of the appeal.

_____
SENIOR UNITED STATES DISTRICT JUDGE